NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E.DIGITAL CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**WOODMAN LABS, INC., DBA GOPRO, PANTECH WIRELESS, INC., AKA PANTECH NORTH AMERICA, AND PANTECH CO. LTD.,**
*Defendants-Appellees.*

---

2014-1242, -1243

---

Appeals from the United States District Court for the Southern District of California in Nos. 3:13-cv-00023-DMS-WVG and 3:12-cv-02899-DMS-WVG, Judge Dana M. Sabraw.

--------------------------------------------------------------------------------
**E.DIGITAL CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**ZTE CORPORATION AND ZTE (USA) INC.,**
*Defendants-Appellees.*

---

2014-1239

2          E.DIGITAL CORPORATION v. WOODMAN LABS, INC.

_____

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-00782-DMS-WVG, Judge Dana M. Sabraw.

_____

## ON MOTION

_____

# O R D E R

Upon consideration of e.Digital Corporation's unopposed motion to withdraw 2014-1239,

IT IS ORDERED THAT:

(1)  The motion is granted.  2014-1239 is dismissed.

(2)  Each side shall bear its own costs in 2014-1239.

(3)  The revised official caption for 2014-1242, -1243 is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26


ISSUED AS A MANDATE (as to 2014-1239 only):

June 18, 2014